UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSE BECERRIL MONTES,<br><br>Defendant. | CASE NO. CR05-0167C<br><br>ORDER |

THE COURT having considered the stipulation of the parties to extend the due date of the pretrial motions, the affidavit of defense counsel Robert H. Gombiner in support of the stipulation, and the records and files herein, the Court hereby makes the following findings:

1.   The Court finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2.   The Court further finds that the ends of justice will be served by ordering a continuance in this case and that a continuance is necessary to insure effective trial preparation.

ORDER – 1

1   IT IS THEREFORE ORDERED that the time within which pretrial motions must be filed
2   in this case is extended from May 26, 2005, to June 9, 2005.  This continuance balances the
3   need expressed by counsel and the current trial schedule in this case.

4

5   DONE this 24th day of May, 2005.

*[signature]*
UNITED STATES DISTRICT JUDGE

26  ORDER – 2